JOHN D. HIGGINBOTHAM, Bar No. 204179
ASSISTANT CITY ATTORNEY
CITY OF CORONA
400 S. Vicentia Ave.
Corona, California 92882
Telephone: (951) 279-3506
john.higginbotham@ci.corona.ca.us

Attorneys for Defendants
CITY OF CORONA, BLAIR MONTALBANO, DAVID DOPSON, and JEANETTE GONZALEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL ONYENWE,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF CORONA, *et al.*,<br><br>  Defendants. | Case No. EDCV12-01363 MMM (SPx)<br><br>PROTECTIVE ORDER<br><br>[NOTE CHANGES MADE BY COURT] |

BASED UPON THE STIPULATION OF THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, IT IS HEREBY ORDERED that:

1. All originals and copies of personnel-file documents, police investigation documents, and documents evidencing police policies and practices, interrogatory responses obtained from Defendants pertaining to personnel-file documents, police investigation documents, and documents evidencing police policies and practice, and all originals and copies of transcripts, video recordings, and audio recordings of any deposition taken in this matter during which the Defendants' personnel-file documents, police investigation documents, and documents evidencing police policies and practice, or any of the foregoing interrogatory responses, are used, mentioned, reviewed, discussed, or referred to (hereinafter collectively "**Protected Documents**"), shall be subject to this Protective Order as follows.

2. All **Protected Documents** shall be stamped "CONFIDENTIAL".

3. Each person and/or entity receiving any **Protected Documents** shall not disclose to any person or entity, in any manner, including orally, any **Protected Documents** or any of the information contained therein. Any such disclosure shall be construed as a violation of this Order, except when used strictly for purposes of this litigation as described in Paragraph No. 9 of this Order and it is done so under seal.

4. **Protected Documents** and all information contained therein, may only be disclosed to the following "qualified" persons:

(a) Counsel of record for the parties to this civil litigation;

(b) Plaintiffs and Defendants;

(c) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in subparagraph (a);

(d) Court personnel, including stenographic reporters engaged in such proceedings, as are necessarily incidental to preparation for the trial of this action;

CITY OF CORONA
CITY ATTORNEY'S OFFICE
400 S. VICENTIA AVE.
CORONA, CA 92882

1  (e)  Expert witnesses employed by either counsel for Plaintiffs or Defendants; and

3  (f)  The court reporter, videographer, and audiographer, if any, who record all or part of the depositions in this matter of Defendants.

5.  Prior to receiving or reviewing any **Protected Documents**, each "qualified" person listed in Paragraph No. 4 of this Order, with the exception of Court personnel, shall be provided with a copy of this Order, and shall agree to be bound by the terms hereof by executing the Acknowledgement and Agreement to be Bound, attached hereto as Exhibit "A."

6.  **Protected Documents**, or any portion thereof, that are filed with the Court for any reason in this proceeding shall be sought to be filed under seal. Pursuant to Local Rule 79-5.1, documents sought to be filed under seal will be accompanied by a written application seeking court approval of the filing under seal and a proposed order regarding the same. The application and proposed order shall be directed to the judge to whom **Protected Documents** are directed. Also pursuant to Local Rule 79-5.1, **Protected Documents** and the accompanying application and proposed order will be not be electronically filed but will be presented to the Clerk for filing. If a motion to be filed by any Party refers to documents filed under seal, the Party will also file redacted versions of the motion and any supporting papers not under seal.

7.  A copy of this Order shall be attached as an exhibit to **Protected Documents** at the time of production.

8.  The court reporter, videographer, and audiographer, if any, who records all or part of the depositions in this matter of Defendants, shall be subject to this Order and precluded from providing the original deposition videotape, audiotape, or portions thereof, any copies thereof, or portions of copies thereof, to any persons other than counsel of record, except pursuant to subsequent order of this Court.

9. **Protected Documents** shall be used solely in connection with the litigation of this case (5:12-CV-01363-MMM (SPx)), or any related appellate proceeding, and not for any other purpose, including, without limitation, any other litigation or administrative proceedings or any investigation related thereto. Under no circumstance may Protected Documents or information contained therein be posted to the Internet, or to any social networking service (e.g. Twitter, Facebook, YouTube), or otherwise provided, directly or indirectly, to the media.

10. This Order is made for the purpose of ensuring that **Protected Documents** and the information contained therein will remain confidential.

11. No more than thirty (30) calendar days after the judgment in this matter becomes final, Plaintiff, Plaintiffs' Counsel, and every other person and/or entity (other than the Court) who received originals or copies of **Protected Documents** shall return all originals and copies of **Protected Documents** to City of Corona, City Attorney's Office, 400 S. Vicentia Ave., Corona, CA 92882.

12. Any violation of this Order may be punished by any and all appropriate measures including, without limitation, contempt proceedings and/or monetary sanctions.

IT IS SO ORDERED.

Dated: ___June 5, 2013___    _____/s/ Sheri Pym_____
                              United States Magistrate Judge

# EXHIBIT "A"

## ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full company name and address], declare under penalty of perjury that I have read in its entirety and understand the Protective Order that was issued by the United States District Court, Central District of California on _____ [date] in the case of *Onyenwe v. City of Corona, et al*, Case No. 5:12-CV-01363-MMM (SPx) (the "Lawsuit").

I agree to comply with and to be bound by all the terms of this Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt.

I further agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purpose of enforcing the terms of this Protective Order, even if such enforcement proceedings occur after termination of the Lawsuit.


Date: _____

City and State where sworn and signed: _____

Printed name: _____


Signature: _____

- 4 -

PROTECTIVE ORDER
CASE NO. EDCV12-01363 MMM (SPx)

CITY OF CORONA
CITY ATTORNEY'S OFFICE
400 S. VICENTIA AVE.
CORONA, CA 92882