JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emmanuel Onyenwe,<br><br>        Plaintiff,<br><br>v.<br><br>City of Corona, et al.,<br><br>        Defendants. | Case No. ED CV 12-01363-AB (SPx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 6, 2017         _____

                                       HON. ANDRÉ BIROTTE JR.
                                       UNITED STATES DISTRICT JUDGE